

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| William J. Cannon; | **Plaintiff,** | |
| | V. | Civil Action No. 15-cv-2582-CAB-BLM |
| Austal USA LLC; United States of America | **Defendant** | |
| United States of America | **ThirdParty Plaintiff,** | **JUDGMENT IN A CIVIL CASE** |
| | V. | |
| Austal USA, LLC | **ThirdParty Defendant** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Austal's motion for summary judgment is Granted; The United States' motion for summary judgment is Granted; The pending motions in limine [Doc. Nos. 108-110, 131, 132] are Denied As Moot; and, The Clerk of Court is instructed to enter Judgment in favor of Austal and the United States and against Plaintiff, and to Close this case. It is So Ordered.

Date: 10/24/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez

J. Gutierrez, Deputy